**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MLCJR, LLC, *et al.*,[1] <br> Debtors. | Case No. 23-90324 (CML) |
| PRIME ENERGY RESOURCES, LLC <br><br> Plaintiff. <br><br> v. <br><br> COX OIL OFFSHORE, L.L.C., <br> COX OIL OPERATING, L.L.C., <br> ENERGY XXI GOM LLC, <br> EPL OIL & GAS, LLC, <br> GOM SHELF, LLC <br> AMARILLO NATIONAL BANK, and <br> BP ENERGY COMPANY <br><br> Defendants. | Adversary No. _____ |

**COMPLAINT OF PRIME ENERGY RESOURCES, LLC REQUESTING
DECLARATORY JUDGMENTS DETERMINING THE VALIDITY, PRIORITY, AND
<u>EXTENT OF LIENS AGAINST THE DEBTORS' PROPERTIES</u>**

Prime Energy Resources, LLC ("***Prime***"), by and through undersigned counsel, files this

*Complaint of Prime Energy Services, Inc. Requesting Declaratory Judgments Determining the*

*Validity, Priority, and Extent of Liens against the Debtors' Properties* pursuant to Rule 7001 of

the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), seeking a determination

regarding the validity, priority, and extent of its statutory mineral liens under applicable state law

against certain of the Debtors' properties, respectfully showing as follows:

---

[1] The Debtors in these cases (the "***Bankruptcy Cases***") are: MLCJR, LLC; Cox Oil Offshore, L.L.C.; Cox Operating, L.L.C.; Energy XXI GOM, LLC; Energy XXI Gulf Coast, LLC; EPL Oil & Gas, LLC; and M21K, LLC.

### PARTIES

1.    Plaintiff Prime is a corporation organized under the laws of Louisiana, with its principal place of business in Broussard, Louisiana.

2.    Defendant Cox Operating, LLC ("***Cox Operating***") is a limited liability company organized under the laws of Louisiana, with a mailing address in Dallas, Texas. Cox Operating may be served through its registered agent CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

3.    Defendant Energy XXI GOM, LLC ("***Energy XXI***") is a limited liability company organized under the laws of Delaware, with its principal place of business in Dallas, Texas. Energy XXI  may be served with process through its registered agent CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

4.    Defendant Cox Oil Offshore, LLC ("***Cox Offshore***") is a limited liability company organized under the laws of Louisiana, which is domiciled in New Orleans, LA. Cox Offshore may be served with process through its registered agent CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

5.    Defendant EPL Oil and Gas, LLC ("***EPL***," and together with Cox Operating, Energy XXI, and Cox Offshore, the "***Debtor Defendants***") is a limited liability company organized under the laws of Delaware, with its principal place of business in Dallas, Texas. EPL may be served with process through its registered agent CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

6.    Defendant GOM Shelf, LLC ("***GOM Shelf***" and together with the Debtor Defendants, the "***Cox Defendants***") is a limited liability company organized under the laws of Delaware, with its principal place of business in Houston, Texas. GOM Shelf may be served with

process through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, Louisiana 70809.

7.      Defendant Amarillo National Bank ("*ANB*") is a private banking institution established under the laws of Texas, with its principal place of business in Amarillo, Texas. ANB may be served with process through its registered agent, Jerry Ivy, Plaza One, 4th & Taylor, Amarillo, TX 79101.

8.      Defendant BP Energy Company ("*BP Energy*" and together with ANB, the "*DIP Lenders*") is a corporation organized under Delaware law, with its principal place of business in Houston, Texas. BP Energy may be served with process through its registered agent, CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201-3136.

<u>**JURISDICTION AND VENUE**</u>

9.      The Debtor Defendants are chapter 11 debtors whose Bankruptcy Cases are being jointly administered in *In re MLCJR, LLC*, 23-90324 pending before this Court.

10.      This Court has jurisdiction over the Bankruptcy Cases and this adversary proceeding pursuant to 28 U.S.C. §§ 157(a) and 1334(a), and the Order from the United States District Court for the District of Texas dated May 24, 2012 referring most bankruptcy matters to bankruptcy courts within this District. Jurisdiction to grant declaratory relief exists pursuant to 28 U.S.C. §§ 2201 and 2202, 11 U.S.C. § 105, and Bankruptcy Rule 7001(2) & (9).

11.      This is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (K), and (M).

12.      Venue of the Bankruptcy Cases and this adversary proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

13.      Pursuant to Bankruptcy Rule 7008 and Rule 7008-1 of the Bankruptcy Local Rules for this Court (the "*Local Rules*"), Prime consents to the Court's entry of a final judgment or order