**IN IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MLCJR LLC, *et al.*[2] | ) | Bankr. Case No. 23-90324 (CML) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
| Prime Energy Resources, LLC, | ) | Adv. Proc. No. 23-03163 (CML) |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Cox Operating, L.L.C., *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**ORDER STAYING ADVERSARIAL ACTION**

**[Relates to Motion at Docket No. _____]**

Upon the Stipulation and Proposed Order (the "***Stipulation***")[3] of Prime Energy Resources, LLC (the "***Plaintiff***"), the above-captioned debtors and debtors in possession (collectively, the "***Debtors***"), and BP Energy Company, Amarillo National Bank, and GOM Shelf, LLC (collectively, the "***Other Defendants***"), for entry of an order (this "***Order***") staying the Plaintiff's adversarial action (*Prime Energy Resources, LLC v. Cox Operating, L.L.C., et al.*, Adv. Proc.

---

[2]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

[3]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

No. 23-03163 (CML) (the "*Adversarial Action*")), all as more fully set forth in the Stipulation; and this Court having reviewed the Stipulation; and this Court having jurisdiction to consider the Stipulation and the relief requested therein in accordance with 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Stipulation has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and all objections, if any, to the Stipulation have been withdrawn, resolved, settled, or overruled; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, it is hereby

**ORDERED THAT:**

1.      The Adversarial Action is stayed until further order of the Court.

2.      The Debtors' and Other Defendants' deadline to file a responsive pleading in the Adversarial Action shall be 21 days after a Court order lifting the stay of the Adversarial Action.

3.      The Plaintiff and the Debtors shall provide the Court a joint status report regarding the Adversarial Action on or before October 1, 2023, and every 60 days thereafter, until the stay lifts or the Parties submit a proposal for resolution of the Adversarial Action.

4.      Any Party may move to lift the stay for good cause shown.

5.      Notice of the Stipulation satisfies the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

6.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Stipulation.

8.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: _____, 2023

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE