**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MLCJR LLC, *et al.* [1] | ) | Bankr. Case No. 23-90324 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Prime Energy Resources, LLC, | ) | Adv. Proc. No. 23-03163 (CML) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Cox Operating, L.L.C., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT REGARDING STAY OF ADVERSARIAL ACTION**

Prime Energy Resources, LLC (the "***Plaintiff***") and the above-named debtors and debtors in possession (collectively, the "***Debtors***"), through their respective counsel, submit this Joint Status Report in accordance with the Court's order staying this adversarial action (the "***Adversarial Action***"). Adv. Docket No. 6. The Plaintiff and the Debtors (individually, a "***Party***," and collectively, the "***Parties***") hereby state:

1.      The Debtors have filed a Motion for Entry of an Order Approving Lien Identification Procedure and Other Related Relief, Bankr. Dkt. No. 556 (the "***Lien Procedure Motion***").

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).  The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

2.      The Parties continue to anticipate that the procedure and analysis contemplated by that Lien Procedure Motion, if approved by the Court, may obviate the need to further prosecute the Adversarial Action.

3.      The Parties, therefore, believe that this Adversarial Action should remain stayed.

[*Remainder of Page Intentionally Left Blank*]

New Orleans, LA
Dated:  October 2, 2023

Houston, TX
Dated:  October 2, 2023

/s/ *Benjamin W. Kadden*

**LUGENBUHL WHEATON PECK RANKIN & HUBBARD**
STEWART F. PECK (#10403),
BENJAMIN W. KADDEN (TX. Bar No.)
CHRISTOPHER CAPLINGER (#25357)
JAMES W. THURMAN (#38494)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-mail:speck@lawla.com;
bkaddden@lawla.com
ccaplinger@lawla.com
jthurman@lawla.com

*Counsel for the Plaintiff*

/s/ *Thomas J. Humphrey*

**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
J. Scott Rose (TX Bar No. 17258000)
Rebecca Blake Chaikin (TX Bar No. 24133055)
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: srose@jw.com
Email: rchaikin@jw.com
Email: emeraia@jw.com

**LATHAM & WATKINS LLP**
Keith A. Simon (admitted *pro hac vice*)
Misha E. Ross (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: keith.simon@lw.com
Email: misha.ross@lw.com

Elizabeth Marks (admitted *pro hac vice*)
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Email: betsy.marks@lw.com

Thomas J. Humphrey (admitted *pro hac vice*)
555 11th Street NW
Washington, DC 20004
Telephone: (202) 637-2200
Email: thomas.humphrey@lw.com

*Co-Counsel for the Debtors and Debtors in Possession*

3

## Certificate of Service

I certify that, on October 2, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Benjamin W. Kadden*
Benjamin W. Kadden